IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS W. LEEK,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>SEWICKLEY ACADEMY,<br><br>　　　*Defendant*. | Civil Action No. 2:21-cv-1001<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Telephone Conference
DATE HEARING HELD:   August 18, 2021
BEFORE:  Judge William S. Stickman IV

| | |
|---|---|
| Appearing for Plaintiff:<br>Samuel J. Cordes, Esquire | Appearing for Defendant:<br>James A. Holt, Esquire |
| Hearing began at 2:02 p.m. | Hearing concluded at 2:10 p.m. |

Stenographer:  None

OUTCOME:

Possible conflict discussed.

Joint status report due by 09/01/21.