# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS W. LEEK, | Civil Action |
| Plaintiff, | No. 21-CV-1001 |
| | Judge Stickman |
| v. | |
| SEWICKLEY ACADEMY, | |
| Defendant. | JURY TRIAL DEMANDED |

## STATUS REPORT OF THE PARTIES

Plaintiff, Douglas Burton, and Defendant, Sewickley Academy, by undersigned counsel and pursuant to the Court's order of August 18, 2021, submit the following status report.

During a conference with the parties on August 18, 2021, the Court requested that the parties file a status report on or before September 1, 2021 notifying the Court of their position on whether the Court should recuse.

The Court instructed the parties to inform it of whether any one of the parties would request recusal, without identifying the party by name.

One of the parties requests the Court recuse itself; the other party contends that recusal is not necessary.

Respectfully submitted

Rothman Gordon, P.C.

/s/ Samuel J. Cordes
Samuel J. Cordes
Pa. I.D. No. 54874
310 Grant Street
Third Floor, Grant Building
Pittsburgh, PA 15219
(412) 338-1163
Attorney for Plaintiff

Reed Smith LLP

<u>/s/ James A. Holt</u>
James A. Holt (PA 314350)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
T: 412-288-4173
E: jholt@reedsmith.com
F: 412-288-3063

Attorney for Defendant